**Fill in this information to identify the case:**

Debtor 1: Roslyn Fanessa Crim

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number: 18-43013

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust NA as trustee of Brackenridge Mortgage Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 6 5 5 9

**Property address:** 200 Mineral Springs Drive
Number     Street

_____

Keller         TX      46248
City           State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                (a)  $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:        + (b)  $ _____

   c. **Total**. Add lines a and b.                                            (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

| Debtor 1 | Roslyn Fanessa Crim | Case number (if known) | 18-43013 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: ✗ /s/ Marina Amador | Date: 11/09/2023 |
|---|---|---|
| Print | Marina  Amador | Title: Bankruptcy Asset Manager |
| | First Name  Middle Name  Last Name | |
| Company | SN Servicing Corporation | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 323 5th Street | |
|---|---|---|
| | Number  Street | |
| | Eureka    CA    95501 | |
| | City    State    ZIP Code | |
| Contact phone | (800) 603–0836 | Email: bknotices@snsc.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the 13th of November, 2023. Said document was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Roslyn Fanessa Crim
200 Mineral Springs Drive  (Mailing)
Keller, TX 76248

DEBTOR'S ATTORNEY
Marcus B. Leinart
Leinart Law Firm
10670 N. Central Expressway, Suite 320
Dallas, TX 75231

TRUSTEE
Pam Bassel
860 Airport Freeway, Ste 150
Hurst, TX 76054

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

CREDITOR ATTORNEY

/s/ Richard E. Anderson
RICHARD E. ANDERSON